IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 08 77ML |
| | ) | CR.NO. |
| V. | ) | In Violation of |
| | ) | 21 U.S.C. § 841(a)(1), |
| | ) | 21 U.S.C. § 841(a)(1) & |
| JAMES GUY | ) | (b)(1)(B), and 18 U.S.C. § 2 |

FILED
AUG 20 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

COUNT I

The Grand Jury Charges:

On or about June 22, 2007, in the District of Rhode Island, the Defendant, JAMES GUY, did knowingly and intentionally distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

COUNT II

The Grand Jury Charges:

On or about July 12, 2007, in the District of Rhode Island, the Defendant, JAMES GUY, did knowingly and intentionally distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

**COUNT III**

The Grand Jury Charges:

On or about July 26, 2007, in the District of Rhode Island, the Defendant, JAMES GUY, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1).

**COUNT IV**

The Grand Jury Charges:

On or about July 26, 2007, in the District of Rhode Island, the Defendant, JAMES GUY, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm to wit: a Harrington and Richardson .38 caliber revolver, serial number serial number 173414.

All in violation of 18 U.S.C. § 922(g)(1).

**COUNT V**

The Grand Jury Charges:

On or about August 16, 2007, in the District of Rhode Island, the Defendant, JAMES GUY, did knowingly and intentionally distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1)and (b)(1)(B).

**COUNT VI**

The Grand Jury Charges:

On or about August 30, 2007, in the District of Rhode Island, the Defendant JAMES GUY, did knowingly and intentionally distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)((1) & (b)(1)(B) and 18 U.S.C. § 2.

A TRUE BILL

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

DATE FILED: 8/20/08