PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Indictment ☐ Information ☐ Defendant Added ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): ZECHARIAH CHAFEE

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense

County

CASE NO.

USA vs.

Defendant: JAMES GUY

Addre

REDACTED

☐

Birth Date

en icable)

Socia

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☐ Currently in Federal Custody

☑ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 6

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHED | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | Estimated Trial Days: 3 | | ☐ Felony ☐ Misdemeanor |

## OFFENSES CHARGED

**COUNT I -** 21 U.S.C. § 841(a)(1) and (b)(1)(B) - Drug Trafficking

Penalties: 40 Years Imprisonment with Mandatory Minimum of 5 Years, $2,000,000 fine, 4 Years Supervised Release, and $100 Special Assessment

**COUNT II -** 21 U.S.C. § 841(a)(1) and (b)(1)(B) - Drug Trafficking

Penalties: 40 Years Imprisonment with Mandatory Minimum of 5 Years, $2,000,000 fine, 4 Years Supervised Release, and $100 Special Assessment

**COUNT III -** 21 U.S.C. § 841(a)(1) - Drug Trafficking

Penalties: 20 Years Imprisonment, $1,000,000 fine, 3 Years Supervised Release, and $100 Special Assessment

**COUNT IV -** 18 U.S.C. § 922(g)(1) - Felon in Possession

Penalties: 10 Years Imprisonment, $250,000 fine, 3 Years Supervised Release, and $100 Special Assessment

**COUNT V -** 21 U.S.C. § 841(a)(1) & (b)(1)(B) - Drug Trafficking

Penalties: 40 Years Imprisonment with Mandatory Minimum of 5 Years, $2,000,000 fine, 4 Years Supervised Release, and $100 Special Assessment

**COUNT VI -** 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 18 U.S.C. § 2 - Drug Trafficking

Penalties: 40 Years Imprisonment with Mandatory Minimum of 5 Years, $2,000,000 fine, 4 Years Supervised Release, and $100 Special Assessment