AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA

V.

James Guy

**APPEARANCE**

Case Number: CR 08-77ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

James Guy

I certify that I am admitted to practice in this court.

9/2/08
Date

Signature

Steven D. [illegible]
Print Name

4672
Bar Number

130 [illegible] St
Address

Prov RI 02903
City State Zip Code

401-621-9200 401-331-9800
Phone Number Fax Number